# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br><br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC and GANESH H. BETANABHATLA,<br><br>    *Defendants*. | CASE NO. 4:22-cv-2979 |

## **ORDER**

Pending before the Court is Defendants Ganesh H. Betanabhatla and Ramas Capital Management, LLC Motion to Dismiss.  Having considdisered the Motion, the Court finds and holds that the Motion should be in all respects GRANTED.  It is therefore

ORDERED that this case is DISMISSED.

Signed this ___ day of _____, 2022.

_____
THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1276299.1