UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC, GANESH H. BETANABHATLA,<br><br>Defendants. | C.A. No.: 4:22-cv-2979<br><br>Jury Trial Demanded |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESS**

Pursuant to this Court's Scheduling Order (Dkt. No. 15), Plaintiff Securities and Exchange Commission ("SEC") designates **Arthur B. Laby** as a retained expert witness in this case. Mr. Laby is a Professor of Law at Rutgers Law School, and Co-Director of the Rutgers Center for Corporate Law and Governance. Mr. Laby will: (a) provide background information about investment advisers and investment funds; (b) testify on industry standards of care and conduct for investment advisers, including investment advisers that advise private investment funds; and (c) testify on Defendants' conduct in relation to those standards. A

copy of Mr. Laby's CV is attached as <u>Exhibit A</u>.  The SEC will serve Mr. Laby's expert report in accordance with the Court's Scheduling Order.

Dated:  January 30, 2023                     Respectfully submitted,

<div style="margin-left: 3em;">
<i><u>/s/Keefe M. Bernstein</u></i>  
Keefe M. Bernstein  
Attorney-in-Charge  
Texas Bar No. 24006839  
S.D. Texas Bar No. 24448  
Securities and Exchange Commission  
801 Cherry Street, Suite 1900  
Fort Worth, TX 76102  
(817) 900-2607 (phone)  
(817) 978-4927 (facsimile)  
bernsteink@sec.gov  

Counsel for Plaintiff  
Securities and Exchange Commission
</div>

## CERTIFICATE OF SERVICE

 I affirm that on January 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Southern District of Texas, Houston Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein