IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            *Plaintiff*,<br>      v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC and<br>GANESH H. BETANABHATLA,<br><br>            *Defendants*. | CASE NO. 4:22-cv-2979 |

**DEFENDANTS GANESH BETANABHATLA AND
RAMAS CAPITAL MANAGEMENT, LLC'S
<u>DESIGNATION OF EXPERT WITNESS</u>**

Pursuant to this Court's Scheduling Order (Dkt. No. 15), Defendants Ganesh Betanabhatla

and Ramas Capital Management, LLC (collectively, "Defendants") designate Mr. Keith Palzer as

a retained expert witness in this case.  Mr. Palzer is a management consultant and investment

banker.  Mr. Palzer will: (a) provide background information about investment advisers and

investment funds; (b) testify on industry standards of care and conduct for investment advisers,

including investment advisers that advise private investment funds; (c) testify on Defendants'

conduct in relation to those standards; and (d) testify on the scope and import of relevant

transaction documents.  A copy of Mr. Palzer's CV is attached as Exhibit A.  Defendants will serve

Mr. Palzer's expert report in accordance with the Court's Scheduling Order.

Defendants reserve their right to supplement or amend this designation if and as

appropriate.

1295579.2

Dated: February 28, 2023                    Respectfully submitted,

                                      */s/ Alex Lipman*
                                    **LIPMAN LAW PLLC**
                                    Alex Lipman (admitted *pro hac vice*)
                                    147 West 25th Street, 12th Floor
                                    New York, New York 10001
                                    Phone: (212) 401-0070
                                    alexlipman@lipmanpllc.com

                                    **SMYSER KAPLAN & VESELKA, L.L.P.**
                                    David Isaak
                                    State Bar No. 24012887
                                    S.D. ID No. 26694
                                    Hector R. Chavez
                                    State Bar No. 24078335
                                    S.D. ID No. 1364992
                                    717 Texas Avenue, Suite 2800
                                    Houston, Texas 77002
                                    Phone: (713) 221-2300
                                    Fax: (713) 221-2320
                                    disaak@skv.com
                                    hchavez@skv.com

                                    **ATTORNEYS FOR DEFENDANTS RAMAS CAPITAL MANAGEMENT, LLC AND GANESH H. BETANABHATLA**

### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via email on February 28, 2023.

                                      */s/ Hector R. Chavez*
                                    Hector R. Chavez

2

1295579.2