United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-22-2979 |
| RAMAS CAPTIAL MANAGEMENT, LLC *and* GANESH H. BETANABHATLA, | § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss the Complaint (Document No. 18). Having considered the motion, submissions, and applicable law, the Court determines the motions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendants' Motion to Dismiss the Complaint (Document No. 18) is **DENIED**.

SIGNED at Houston, Texas, on this **31** day of March, 2023.

DAVID HITTNER
United States District Judge