United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RAMAS CAPITAL MANAGEMENT, LLC, GANESH H. BETANABHATLA, <br><br> Defendants. | C.A. No.: 4:22-cv-2979 <br><br> Jury Trial Demanded |

## ORDER ON JOINT MOTION TO STAY

Pending before the Court is the parties' Joint Motion to Stay this litigation. Having considered the matter, the Court GRANTS the motion. It is ORDERED that this proceeding is stayed until otherwise ordered by the Court. IT IS FURTHER ORDERED that the deadlines set forth in the Rule 16 Scheduling Order [Dkt. No. 15] are suspended until otherwise ordered by the Court.

Signed this 19 day of May, 2023.

HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE