UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   *Plaintiff*,<br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC and<br>GANESH H. BETANABHATLA,<br><br>   *Defendants*. | CASE NO. 4:22-cv-2979 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Lipman Law PLLC ("Lipman Law"), hereby files this Unopposed Motion to Withdraw as Counsel for Ramas Capital Management, LLC and Ganesh H. Betanabhatla, ("Defendants") and would respectfully show the Court as follows:

1. As required by Local Rule 83.2, there is good cause for this Court to grant the motion to withdraw. Among other things, a conflict has arisen that prevents Lipman Law from continuing representation. Defendants remain represented by counsel David Isaak and Hector Chavez, Smyser Kaplan & Veselka, L.L.P., who will continue on with this matter.

2. Lipman Law has informed the parties of its intention to withdraw with remaining counsel continuing in its stead. This withdrawal has no impact on the written settlement offer that Defendant Ganesh H. Betanabhatla recently submitted to the Commission, and there is no opposition to the relief sought. As Defendants will continue to be represented by counsel, this withdrawal will not cause delay.

For the foregoing reasons, Lipman Law respectfully requests that the Court grant its motion to withdraw, with all other counsel of record remaining unchanged.

Respectfully submitted,

**LIPMAN LAW PLLC**

*/s/ Alex Lipman*
Alex Lipman (admitted *pro hac vice*)
147 West 25th Street, 12th Floor
New York, New York  10001
Phone: (212) 401-0070
alexlipman@lipmanpllc.com

**SMYSER KAPLAN & VESELKA, L.L.P.**
David Isaak
State Bar No. 24012887
S.D. ID No. 26694
Hector R. Chavez
State Bar No. 24078335
S.D. ID No. 1364992
717 Texas Avenue, Suite 2800
Houston, Texas  77002
Phone: (713) 221-2300
Fax: (713) 221-2320
disaak@skv.com
hchavez@skv.com

**ATTORNEYS FOR DEFENDANTS
RAMAS CAPITAL MANAGEMENT, LLC
AND GANESH H. BETANABHATLA**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 23, 2023, I had a telephonic conference with Plaintiff's counsel (Keefe Bernstein) and Defendant's remaining co-counsel (Hector Chavez) regarding the relief requested herein.  Plaintiff's counsel stated that the SEC would not oppose the requested relief.

*/s/ Alex Lipman*
Alex Lipman

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 24, 2023 the above and foregoing was served on all counsel of record via the Court's ECF/CM system.

           */s/ Hector R. Chavez*
           Hector R. Chavez

1319015.1