UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC, GANESH H. BETANABHATLA,<br><br>Defendants. | C.A. No.: 4:22-cv-2979<br><br>Jury Trial Demanded |

**PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANT GANESH H. BETANABHATLA**

Plaintiff Securities and Exchange Commission ("SEC") files this Unopposed Motion to Enter Final Judgment against Defendant Ganesh H. Betanabhatla ("Betanabhatla"), and respectfully shows as follows:

1. On September 1, 2022, the SEC filed its Complaint alleging that Betanabhatla violated the federal securities laws.

2. The SEC has reached a settlement with Betanabhatla. Pursuant to the settlement, Betanabhatla executed the Consent attached as Exhibit A and agreed to entry of the proposed final judgment submitted herewith (the "Final Judgment").

3. Entry of the proposed Final Judgment will resolve all claims against Betanabhatla in this matter. Contemporaneously herewith, the parties are also submitting a Stipulation of Dismissal as to Defendant Ramas Capital Management, LLC, the only other Defendant in this action.

4. Pursuant to the Consent, the SEC may present the proposed Final Judgment to the Court for signature and entry without further notice.

5. The SEC's counsel conferred with counsel for Defendants, and Defendants are unopposed to the relief sought herein.

6. The SEC respectfully moves the Court to enter the proposed Final Judgment.

Dated: June 29, 2023                    Respectfully submitted,

/s/ Keefe M. Bernstein
Keefe M. Bernstein
Attorney-in-Charge
Texas Bar No. 24006839
S.D. Texas Bar No. 24448
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
(817) 900-2607 (phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## **CERTIFICATE OF CONFERENCE**

On June 28, 2023, I conferred with Hector Chavez, counsel for Defendants, and Defendants are unopposed to the relief sought by this motion.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein

## **CERTIFICATE OF SERVICE**

I affirm that on June 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Southern District of Texas, Houston Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein