UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC, GANESH H. BETANABHATLA,<br><br>Defendants. | C.A. No.:  4:22-cv-2979<br><br>Jury Trial Demanded |

### PLAINTIFF'S STIPULATION OF DISMISSAL
### AS TO DEFENDANT RAMAS CAPITAL MANAGEMENT, LLC

Plaintiff Securities and Exchange Commission ("SEC") files this Stipulation of Dismissal as to Defendant Ramas Capital Management, LLC ("Ramas"), and respectfully show the Court as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the SEC hereby dismisses its claims against Ramas in the above-captioned action without prejudice to refiling same, and with each party to bear its own fees and costs.  This is the first such dismissal as to Ramas.

2. All parties who have appeared herein have signed this Stipulation as agreed to form and substance as is required by Rule 41(a)(1)(A)(ii).

3. Voluntary dismissal by stipulation is effective on filing and does not require the Court's approval. *See SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010). However, in the interest of clarity, the SEC herewith submits a proposed Order of Dismissal, and respectfully requests that the Court enter such an order. *See also* FED. R. CIV. P. 41(a)(2).

4. The relief requested herein is not sought for the purpose of delay but so that justice may be done.

## **CONCLUSION**

For the foregoing reasons, the SEC, along with all parties who have appeared, stipulate to the dismissal of the SEC's claims in this action against Ramas without prejudice to the refiling of same, and respectfully request that the Court enter the Order of Dismissal.

Dated: June 29, 2023          Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Attorney-in-Charge
Texas Bar No. 24006839
S.D. Texas Bar No. 24448
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
(817) 900-2607 (phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

**Stipulated and Agreed as to Form and Substance on behalf of Defendants Ramas Capital Management, LLC and Ganesh H. Betanabhatla:**


/s/ Hector R. Chavez (with permission)
**SMYSER KAPLAN & VESELKA, L.L.P.**
David Isaak
State Bar No. 24012887
S.D. ID No. 26694
Hector R. Chavez
State Bar No. 24078335
S.D. ID No. 1364992
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Phone: (713) 221-2300
Fax: (713) 221-2320
disaak@skv.com
hchavez@skv.com

Attorneys for Defendants Ramas Capital Management, LLC
and Ganesh H. Betanabhatla

## **CERTIFICATE OF CONFERENCE**

Counsel for the parties conferred and have agreed to the relief sought by this motion.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein

## **CERTIFICATE OF SERVICE**

I affirm that on June 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Southern District of Texas, Houston Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein