United States District Court
Southern District of Texas
**ENTERED**
June 30, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC, GANESH H. BETANABHATLA,<br><br>Defendants. | C.A. No.: 4:22-cv-2979<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL AS TO RAMAS CAPITAL MANAGEMENT, LLC

Pending before the Court is the Plaintiff's Stipulation of Dismissal as to Ramas Capital Management, LLC. Having considered the matter, the Court GRANTS the requested relief. It is ORDERED that Plaintiff Securities and Exchange Commission's claims in the above-captioned action against Defendant Ramas Capital Management, LLC are hereby dismissed without prejudice to refiling same, and with each party to bear its own fees and costs.

Signed this **30** day of **June**, 2023.

HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE