United States District Court
Southern District of Texas
**ENTERED**
June 30, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RAMAS CAPITAL MANAGEMENT, LLC, GANESH H. BETANABHATLA,<br><br>Defendants. | C.A. No.: 4:22-cv-2979<br><br>Jury Trial Demanded |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**TO ENTER FINAL JUDGMENT AGAINST**
**<u>DEFENDANT GANESH H. BETANABHATLA</u>**

Pending before the Court is Plaintiff's Unopposed Motion to Enter Final Judgment against Defendant Ganesh H. Betanabhatla. Having considered the matter, the Court GRANTS the motion. IT IS ORDERED, that by separate document, the Court will enter final judgment against Defendant Ganesh H. Betanabhatla in the form submitted with the motion.

Signed this **30** day of **June**, 2023

HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE